IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MARK TATUM AND LOREE TATUM, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00726-JRG |
| NATIONWIDE MUTUAL INSURANCE CO., | § § § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Notice of Settlement (the "Motion") filed by Plaintiffs Mark Tatum and Loree Tatum ("Plaintiffs") and Defendant Nationwide Mutual Insurance Company ("Defendant"). (Dkt. No. 5.) In the Motion, the parties represent that they have reached a settlement in principle. (*Id*. at 1.) The parties request a stay of the above-captioned case to finalize the terms of the settlement agreement. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including November 7, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So Ordered this**

**Oct 8, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE