### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| MARK TATUM AND LOREE TATUM, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00726-JRG |
| § | |
| NATIONWIDE MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| *Defendant*. § | |

### ORDER

Before the Court is the FRCP 41(a)(1)(A)(ii) Joint Stipulation of Dismissal (the "Notice") filed by Plaintiffs Mark Tatum and Loree Tatum ("Plaintiffs") and Defendant Nationwide Mutual Company ("Defendant") (Dkt. No. 9.) In the Motion, Plaintiffs dismiss the above-captioned action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiffs against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 27th day of November, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE